## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 8th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Noemi Victorero          JOINT DEBTOR: _____          CASE NO.: 14-15098

SS#: xxx-xx- 8376                SS#: xxx-xx- _____

### I.  NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

### II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,961.25      for months   1   to  55  ;
2. $3,688.70      for months  56   to  56  ;
3. $1,806.66      for months  57   to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE    ☐ PRO BONO

| Total Fees: | $4100.00 | Total Paid: | $2000.00 | Balance Due: | $2100.00 |
|---|---|---|---|---|---|
| Payable | $28.64 | /month (Months   1   to  55 ) | | | |
| Payable | $525.00 | /month (Months  56  to  56 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
$2000 + $2100 (4 Motions to Mod)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III.  TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1. Creditor: U.S. Bank Trust National Association C/O SN Servicing Corporation | | |
|---|---|---|
| Address: 323 5th Street Eureka, CA 95501 | Arrearage/ Payoff on Petition Date | $38,714.54 |
| | Arrears Payment (Cure) | $604.96  /month (Months  1  to 55 ) |
| Last 4 Digits of Account No.: 5122 | Arrears Payment (Cure) | $2,173.95  /month (Months 56 to 56 ) |

Debtor(s): Noemi Victorero                                      Case number: 14-15098

|  |  |  |  |
|---|---|---|---|
| Arrears Payment (Cure) | $816.91 | /month (Months | 57 to 60 ) |
| Regular Payment (Maintain) | $1,211.53 | /month (Months | 1 to 55 ) |
| Regular Payment (Maintain) | $809.08 | /month (Months | 56 to 60 ) |

Other: _____

■ Real Property                              Check one below for Real Property:
　　■ Principal Residence                   ■ Escrow is included in the regular payments
　　☐ Other Real Property                   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
6920 W. 3rd Avenue, Hialeah, FL 33014

☐ Personal Property/Vehicle

Description of Collateral: Single family home.

　B.　**VALUATION OF COLLATERAL:**　■ NONE

　C.　**LIEN AVOIDANCE**　■ NONE

　D.　**SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
　　　■ NONE

　E.　**DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
　　　■ NONE

IV.　**TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

　A.　**ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

　B.　**INTERNAL REVENUE SERVICE:** ■ NONE

　C.　**DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

　D.　**OTHER:** ■ NONE

V.　**TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

　A.　Pay   $52.53   month (Months   1   to   55   )
　　　Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

　B.　■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

　C.　SEPARATELY CLASSIFIED:   ■ NONE

　*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI.　**EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
　　　■ NONE

VII.　**INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII.　**NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): Noemi Victorero                    Case number: 14-15098

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/Noemi Victorero | Debtor | December 7, 2018 | | Joint Debtor | |
|---|---|---|---|---|---|
| Noemi Victorero | | Date | | | Date |

| Sheila M Acosta | December 6, 2018 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**